

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00603-CV

Richard **LARES**,
Appellant

v.

Martha **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-107990
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's October 22, 2020 judgment is AFFIRMED. We do not tax costs against appellant Richard Lares because he qualifies as indigent under Texas Rule of Appellate Procedure 20.1.

SIGNED July 20, 2022.

_____
Beth Watkins, Justice